**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2004, I served, or caused to be served, the following documents:

**GOVERNMENT'S RESPONSE IN OPPOSITION TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee:

Alexander Malave
Reg. No. 10622-041
Federal Prison Camp Duluth
P.O. Box 1000
Duluth, Mn 55814

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Chris S. Wilton*

BY: CHRIS S. WILTON
Assistant U.S. Attorney