CR 02-294 DSD/SRN
USA v. Malave

**Certificate of Service**

I, Alexander Malave, hereby certify under penalty of perjury that a true and correct copy of the Movant's Rebuttal to Government's Opposition Brief, was provide to the below-listed parties, by placing said document in a postage-paid envelope, mailing said envelope via United States mails to the Below-listed parties on 10th of November, 2004.

1.) Clerk of the Clerk
U.S. District Court for the District of Minnesota
708 Federal Building
316 N. Robert Street
St. Paul, MN 55101

RECEIVED
BY MAIL
NOV 15 2004
CLERK, US DIST. COURT
ST. PAUL, MN

2.) U.S. District Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Date: 11-10-04

By: [signature]
Alexander Malave

SCANNED
NOV 15 2004
U.S. DISTRICT COURT ST. PAUL