**Certificate of Service**

I, Alexander Malave, hereby certify under penalty of perjury that true and correct copy of the Motion to Alter or Amend has been provided to the below-listed parties, by placing said motion in a postage-paid envelope and mailing said envelope via United States mails this 13th day of February, 2005, to:

1. Clerk of the Court
   United States District Court
   District of Minnesota
   Room 700 Federal Building
   316 North Robert Street
   St. Paul, MN 55101-1460

2. District Attorney's Office
   District of Minnesota
   300 South Fourth Street
   Minneaplois, MN 55415

RECEIVED
BY MAIL
FEB 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Date: 2-13-05

By: [signature]
Alexander Malave

SCANNED
FEB 15 2005
U.S. DISTRICT COURT ST. PAUL