**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Alexander Malave,<br>Defendant/Petitioner | ) | Case No. 04-3565(DSD)<br>Criminal No. 02-294(DSD/SRN) |

RECEIVED
BY MAIL
FEB 17 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Application for Certificate of Appealability

**Notice of Appeal**

Now comes the Petitioner, Alexander Malave, untrained in law, unable a perfect notice of appeal, proceeding as a pro se litigant as defined under Haines v. Kerner, 404 U.S. 519 (1972); and respectfully gives notice that the above-named Petitioner will be appealing the denial of his motion to vacate, correct, or set aside his sentence pursuant to Title 28 U.S.C. §2255 entered on February 7, 2005.

Dated: 2-15-05

Respectfully Submitted,

[signature]
Alexander Malave

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL