RECEIVED
BY MAIL
FEB 17 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**Certificate Service**

I, Alexander Malave, hereby certify under penalty of perjury that a true and correct copy of the Notice of Appeal has been provided to the below-listed parties, by placing said motion in a postage-paid envelope and mailing said envelope via United States mails this 15th day of Febuary, 2005 to:

1. Clerk of the Court
   United States District Court
   District of Minnesota
   Room 700 Federal Building
   316 North Robert Street
   St. Paul, MN 55101-1460

Dated: 2-15-05

By: [signature]
Alexander Malave

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL