From: Alexander Malave
Reg. No. 10622-041
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

RECEIVED
BY MAIL
MAR 24 2005
CLERK, US DIST. COURT
ST. PAUL, MN

To: Clerk of the Court
United States District Court
for the District of Minnesota
Room 700 Federal Building
316 North Robert Street
St. Paul, MN 55101-1460

Date: March 21, 2005

Re: Premature Notice of Appeal (Case No. 02-294 DSD/SRN)

Clerk of the Court:

On March 14, 2005 your office received a letter from me inquiring into the status of my Motion to Alter or Amend filed on February 15, 2005, and the deadlines requirements attached to perfecting my Notice of Appeal filed February 17, 2005. After further review I have been made aware that my Notice of Appeal was filed prematurely, and should have not been filed until a judgement was rendered on my Motion to Alter or Amend currently pending before the honorable court. According to the decision rendered in Griggs v. Provident Consumer Discount Co., 459 U.S. 56 (1982), the proper course of action is for me to wait until this honorable court has ruled on my Motion to Alter or Amend before filing a Notice of Appeal or Certificate of Appealability. In fact, the United States Court of Appeals for the Eighth Circuit cannot take jurisdiction of the instant case on appeal until a final judgement is made on my motion to Alter or Amend.

Moreover, I also did not know that it is a standard practice in this district to construe a filing of a Notice of Appeal as an Application for Certificate of Appealability. I believe the recharacterization of my Notice of Appeal as an Application for Certificate of Appealability would prevent me from properly litigating the issues of my cause before the honorable court, prevent me from perfecting my appeal, and ultimately violate the spirit of the recent decision rendered in Castro v. U.S., 157 L.Ed 2d 778 (2003).

Based on the the above-stated information, I would like to request that my Notice of Appeal filed on February 17, 2005 be withdrawn, and that I be allowed

SCANNED
MAR 24 2005
U.S. DISTRICT COURT ST. PAUL

to file a Notice of Appeal and appropriate Application for Certificate of Appealability filing once the honorable court has made a ruling in regard to my motion to Alter or Amend.

At your earliest convenience please notify me of the honorable court's decision in regard to the foregoing request. Thank you for your time and attention, and I look forward to receiving resolution of this matter from your office in the nearest future.

Respectfully Submitted,

Alexander Malave

Alexander Malave#10622-041
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814




RECEIVED
BY MAIL
MAR 24 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of the Court
United States District Court
for the District of Minnesota
Room 700 Federal Building
316 North Robert Street
St. Paul, MN 55101-1460

55101-1495