UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-294(DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Alexander Malave,

Defendant.

This matter is before the court upon defendant's motion to alter or amend the court's order of February 7, 2005, denying his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. In his section 2255 motion, defendant argued that the Supreme Court's decision in Blakely v. Washington, 125 S. Ct. 21 (2004), renders his sentence subject to collateral attack. The court rejected his arguments, holding that the rule set forth in Blakely does not have retroactive effect. (See Feb. 7, 2005, Order at 4.) Defendant now argues that the court failed to consider the Supreme Court's recent decision in United States v. Booker, 125 S. Ct. 738 (2005). However, the court did note the Booker ruling in its order. Furthermore, Booker merely confirms that Blakely applies in the federal sentencing context and does not change the court's retroactivity analysis. Therefore, the court denies defendant's motion to amend.

Defendant also moves to withdraw his application for a certificate of appealability and his notice of appeal of the court's February 7, 2005, order, based on improper timing. The court grants this motion. However, the court also determines that defendant has not made a "substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2). Thus the court does not grant a certificate of appealability.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to alter or amend [Doc. No. 49] is denied.

2. Defendant's motion to withdraw [Doc. No. 52] is granted.

3. For purposes of appeal, the court does not certify the issues addressed herein pursuant to 28 U.S.C. § 2253(c)(2).

Dated: June 2, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court