CR02-294 DSD

RECEIVED
JUL 03 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To: Glenn P. Baskfield
From: Alexander Malave
10622-041
Re: Presentence Report Information

On August 30th, 2002, I was arrested and charged in a Two Count Indictment. Count One (1) of the indictment alleged that on August 30th, 2002, I possesed with intent to distribute approximately 450 grams of Methamphetamine, Count Two (2) of the indictment alleged that on or about August 30th, 2002, I possesed with intent to distribute approximately 587 grams of Cocaine.

On November 8th, 2002, I entered a plea of guilty to Count Two (2) of the indictment pursuant to a written plea agreement negotiated between the Assistant United States Attorney and my representing Counsel.

On Feburary 12th, 2003, I was sentenced to a 108 month term of imprisonment. Prior to my sentencing a presentence investigation was done and a presentence report was compiled by a Probation Officer from your office. Due to information contained in the Probation Officer's report my Constitutional Rights were violated; when the Probation Officer assesed two points to my total offense level pursuant to a weapons enhancement without the basis for the enhancement being proven beyond a reasonable doubt or admitted to by me, my Sixth Amendment Right to due process was violated.

SCANNED
JUL 07 2008
U.S. DISTRICT COURT ST. PAUL

I respectfully ask that the two point enhancement assesed to my total adjusted offense level pursuant to the weapons enhancement be removed as it is in violation of the Sixth Amendment to the United States Constitution's Due Process Clause.

Sincerely,

Alexander Malave
10622-041
02-294(DSD/SRN)

Dated: June 13th, 2008